**Order entered September 21, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00800-CV

### SUSAN E. HARRIMAN, Appellant

### V.

### MILDRED V. EHRENBERG, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER

Before the Court is the September 19, 2018 unopposed motion of appellees Julio Palmaz, M.D. and Steven Solomon for an extension of time to file a brief.  We **GRANT** the motion and extend the time to **October 12, 2018**.

/s/    ADA BROWN
          JUSTICE